BEFORE JUDGE DEARIE
UNITED STATES DISTRICT JUDGE               COURTROOM #10-A

CRIMINAL CAUSE FOR JURY TRIAL

DATE: __July 14, 2015__
TIME IN COURT: __9:30am to 5:00pm__

DOCKET NUMBER:   CR 15-204(S-1)  (RJD)

U.S.A. -v-   ANGELO GIGLIOTTI (ON BOND) #1
COUNSEL:     Alan Futerfas, Richard Brueckner (Retained)

U.S.A. -v-   GREGORIO GIGLIOTTI (CUSTODY) #3
COUNSEL:     ELIZABETH MACEDONIO (Retained)

AUSA:   MARGARET GANDY & KEITH EDELMAN

COURTREPORTER:   *ANNETTE MONTOLVO*

X     CASE CALLED FOR CONTINUATION OF JURY TRIAL.

FOLLOWING GOVERNMENT *WITNESSES* SWORN & EXAMINED
*DETECTIVE WARREN DURYEA* EXAMINED BY AUSA EDELMAN;
CROSSED BY MS. MACEDONIO.

*AGENT HOWARD R. STERN* EXAMINED BY AUSA EDELMAN;
CROSSED BY MS. MACEDONIO.

*DETECTIVE WILLIAM McCABE* EXAMINED BY AUSA EDELMAN;
CROSSED BY MS. MACEDONIO AND MR. FUTERFAS.

*ERICA KRANTZLER* EXAMINED BY AUSA GANDY;
CROSSED BY MS. MACEDONIO.

*ANDREW TABAROVSKY* EXAMINED BY AUSA GANDY.
CROSSED BY MS. MACEDONIO.

FOLLOWING GOVERNMENT *EXHIBITS* RECEIVED INTO EVIDENCE:
*104, 353 through 358, 1700 through 1711, 1713, 1714.*
FOLLOWING DEFENSE *(Gregorio Gigliotti)* EXHIBITS RECEIVED INTO
EVIDENCE: *GG- 105, GG-106, GG-109, GG-110, GG-112, GG- 120, GG- 121,
GG- 140, GG-141, GG- 142.*
TRIAL WILL CONTINUE ON JULY 15, 2016 AT 9:00AM.